# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Guy Earl Wall
Wall, Bullington & Cook, LLC
540 Elmwood Park Blvd
Harahan LA 70123

Paul Edward Bullington
Wall & Bullington
540 Elmwood Park Blvd.
New Orleans LA 70123

Jonathan Robert Cook
Wall & Bullington
540 Elmwood Park Blvd
New Orleans LA 70123

**REHEARING ACTION: April 22, 2015**

**Docket Number: 14   01134-CA**

**THEODORE S. CARMICHAEL, ET UX.**
**VERSUS**
**THE BASS PARTNERSHIP, ET AL.**

**Appealed from Acadia Parish Case No. 84,484**

**BEFORE JUDGES:**

    **Hon. Marc T. Amy**
    **Hon. John E. Conery**
    **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing and the request for en banc rehearing filed by **Bass Partnership and BOPCO, L.P.** have this day been

    **DENIED.**

cc: Lamont Paul Domingue, Counsel for the Appellee
    Mary McCrory Hamilton, Counsel for the Appellee
    W. Gerald Gaudet, Counsel for the Appellee
    Hoai T. Hoang, Counsel for the Appellee